**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                         :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media Group, Inc., | : | Case No. 16-11718 (SMB) |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax. Id. No. 3231 | : | |

------------------------------------------------------x
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Kinja Kft., | : | Case No. 16-11719 (SMB) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax. Id. No. (5056) | : | |

------------------------------------------------------x

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to Rule

1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. § 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the First Day Declaration and upon consideration of the Motion and all of the pleadings related thereto, including the First Day Declaration, and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 16-11700 (SMB) in accordance with Bankruptcy Rule 1015(b).

3. The joint caption of the Debtors' cases shall read as follows:

57378608_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :     Case No. 16-11700 (SMB)
                                                    :
       Debtors.             :     (Jointly Administered)
                                                    :
------------------------------------------------------x

      4.      All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Gawker Media, Group, Inc., Case No. 16-11700 (SMB).

      5.      A docket entry shall be made in the Gawker Media Group, Inc. and Kinja Kft. chapter 11 case substantially as follows:

> "An order has been entered in this case directing procedural consolidation and joint administration of the chapter 11 cases of Gawker Media LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Gawker Media LLC, Case No 16-11700 (SMB) should be consulted for all matters affecting this case."

      6.      The Debtors may file a single monthly operating report as required by the Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13) for the jointly administered debtors. However, the monthly operating report shall be filed on a consolidating (not consolidated) basis. The report shall contain on a consolidating basis the information required for each debtor that tracks and breaks out all of the specific information, e.g. receipts, disbursements, etc. on a debtor-by-debtor basis.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

57378608_1

-2-

7. This Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Order.

Dated: June 16, 2016
      New York, New York

                                            /s/ *Stuart M. Bernstein*
                                            HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE

57378608_1